No error.

RUTH COLTRANE ROBERTS v. JAMES GRAY ROBERTS.

(Filed 21 November 1962.)

APPEAL by defendant from *Walker, S.J.*, in Chambers, RANDOLPH Superior Court.

The plaintiff instituted this civil action against the defendant, her husband, for alimony without divorce. The defendant demurred upon the ground the complaint alleged conclusions and not ultimate facts sufficient to constitute a cause of action for divorce from bed and board. After notice, Judge Walker held a hearing upon the plaintiff's application for alimony *pendente lite* and counsel fees. At the hearing the court held as a matter of law the complaint stated a cause of action and entered a *pendente lite* order that the defendant pay the plaintiff $20.00 per week for her support pending a hearing on the merits. The court refused to allow counsel fees.

*Deane F. Bell, for plaintiff appellee.*
*Ottway Burton, for defendant appellant.*

PER CURIAM. The plaintiff's complaint, while not in full detail, yet contains sufficient factual averments to survive the demurrer. The evidence was sufficient to sustain the *pendente lite* allowance and the amount thereof. Apparently the court failed to provide for counsel fees upon the ground the evidence showed the plaintiff was amply able to pay her own attorney. The order from which this appeal is taken is

Affirmed.